# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | | |
|---|---|---|
| SALVADOR DAVID GEROLAGA, | ) | 1:07-cv-00580 OWW TAG HC |
| Petitioner, | ) | |
| v. | ) | FINDINGS AND RECOMMENDATIONS TO GRANT PETITIONER'S MOTION TO VOLUNTARILY DISMISS PETITION (Doc. 12),  AND TO DENY ALL PENDING MOTIONS AS MOOT (Docs. 8, 9, 10, 11) |
| DARREL ADAMS, Warden, | ) | |
| Respondent. | ) | ORDER DIRECTING THAT OBJECTIONS BE FILED WITHIN FIFTEEN DAYS |

Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The instant federal petition for writ of habeas corpus was filed on April 16, 2007. (Doc. 1).  On November 1, 2007, Petitioner filed the instant motion to dismiss, contending that he has "dropped out" of gang involvement and is proceeding through "debriefing" that changes his confinement and custody such that his constitutional rights are no longer being violated. (Doc. 12, p. 1).  The motion is signed under penalty of perjury.  (Id.).

On June 18, 2007, prior to filing the motion to dismiss, Petitioner filed a motion for an order directing the CSP-Corcoran SHU law library to make copies of pleadings and exhibits for him. (Doc. 8).  On July 12, 2007, Petitioner filed a motion for leave to supplement ground one of the petition. (Doc. 9).  On July 12, 2007, Petitioner also filed a motion for leave to supplement the petition and/or add exhibits to the record in this action. (Doc. 10). On July 12, 2007, Petitioner filed another motion for leave to supplement the petition and/or add further exhibits to the record in this action. (Doc. 11).

**DISCUSSION**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and subject to other provisions of the law not applicable here, "a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999)(quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)).[1] Otherwise, an action shall not be dismissed except upon order of the court and upon terms that the court deems proper. Id. Here, no answer or other responsive pleading has been served or filed. Further, in light of Petitioner's request to dismiss this action, all other pending motions are moot and should be denied.

**RECOMMENDATIONS**

Accordingly, the Court makes the following recommendations:

1. That Petitioner's motion for voluntary dismissal (Doc. 12), be GRANTED;

2. That all pending motions (Docs. 8, 9, 10, 11) be DENIED as moot; and

3. That the Clerk of the Court be ordered to close the file in this case.

These Findings and Recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within fifteen (15) days after being served with a copy, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The District Judge will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C). The parties are advised that

///
///
///
///

---

[1] A voluntary dismissal under Rule 41(a)(1) is effective upon filing; no court order is required. See Fed.R.Civ.P. 41(a)(1)(A), effective December 1, 2007.

failure to file objections within the specified time may waive the right to appeal the District Judge's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **December 7, 2007**                               /s/ **Theresa A. Goldner**
                                                            UNITED STATES MAGISTRATE JUDGE