1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR DAVID GEROLAGA, | 1:07-cv-00580-OWW-TAG HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 13) |
| v. | ORDER GRANTING PETITIONER'S MOTION TO DISMISS (Doc. 12) |
| DARREL ADAMS, | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1) |
| Respondents. | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 10, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending that Petitioner's motion to voluntarily dismiss the petition be granted.  (Doc. 13).  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order.  To date, the parties have not filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that

the Magistrate Judge's Findings and Recommendation is supported by the record and proper

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendations filed December 10, 2007 (Doc. 13), is

        ADOPTED IN FULL;

2.      Petitioner's motion to dismiss (Doc. 12), is GRANTED;

3.      The petition for writ of habeas corpus (Doc. 1), is DISMISSED; and

4.      The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.


IT IS SO ORDERED.

**Dated:    February 29, 2008**                    **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE